

FILED
APR 1 0 2015
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-50021-JLV |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| KIMO LITTLE BIRD, SR., | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Kimo Little Bird, Sr. was convicted of a felony, felon in possession of a firearm in 2013. United States District Judge Roberto A. Lange sentenced him to 36 months' custody, to be followed by two years of supervised release. On January 28, 2015, Little Bird was transferred from the Federal Correctional Center in Terre Haute, Indiana, to the Community Alternatives of the Black Hills (CABH) to complete the remainder on his sentence. The CABH facility is an institutional facility in which he was lawfully confined at the direction of the Attorney General of the United States by virtue of the judgment and commitment on the above-listed conviction.

On February 14, 2015, staff at CABH conducted a head count and found Little Bird and another resident with an unauthorized tattoo gun. CABH staff

told Little Bird that staff would need to speak with his case manager about the incident. At 10:45 p.m., a CABH staff member found a GPS unit in front of the CABH facility. CABH staff then conducted a head count and discovered Little Bird was no longer in the facility.

On February 17, 2015, the Federal Bureau of Prisons placed Little Bird on escape status. On February 23, 2015, Little Bird was arrested in Rapid City, South Dakota.

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

_4-10-2015_
Date

_____
Benjamin Patterson
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701

_4-2-15_
Date

_____
Kimo Little Bird, Sr.
Defendant

_4.8.15_
Date

_____
Erin Bolinger
Attorney for Defendant